# UNITED STATES DISTRICT COURT
## for the
# EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. 6:08-mj-00214-WMW

U.S.A.

v.

Colin Casey

## JUDGMENT and ORDER TO PAY

SOCIAL SECURITY #: _____

DATE of BIRTH: _____

DRIVER'S LICENSE #: _____

ADDRESS: _____

_____

| City | State | Zip Code |

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____

_____
Defendant's Signature

## YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:

(✓) FINE of $ 480.00          (✓) Penalty ASSESSMENT of $ 20.00

( ) PROCESSING Fee of $ _____     for a **TOTAL AMOUNT** of $ 500.00 ,

paid within _____ ~~xxxxxxxxxxx~~ OR payments of $ 100.00 per month, commencing

11/28/2008 and due on the 28 of each month until **PAID IN FULL - note late payments could be subject to late/delinquent charges imposed by C.V.B..**

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____

( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____

( ) RESTITUTION _____

( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____

to be completed by _____ with Proof mailed to the Clerk of the Court.

( ) Traffic School By: _____ with Proof mailed to _____

(✓) PROBATION to be unsupervised / supervised for: Unsupervised probation for 6 months. Terms and conditions: Obey all laws, serve one day custody with credit for one day served.

_____

Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

| [ ] CENTRAL VIOLATIONS BUREAU<br>PO Box 70939<br>Charlotte, NC 28272-0939<br>1-800-827-2982 | [✓] CLERK, U.S.D.C.<br>501 'I' St., #4-200<br>Sacramento, CA 95814 | [ ] CLERK, U.S.D.C.<br>2500 Tulare St., Rm 1501<br>Fresno, CA 93721 |

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 10/28/2008          /s/ Laurie C. Yu
_____
for: U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007